# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 20, 2007

133965

PIETRO GRILLO,
              Plaintiff-Appellee,

v

POSEN CONSTRUCTION, INC., and
ACCIDENT FUND INSURANCE COMPANY
OF AMERICA,
              Defendants-Appellants.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 133965
COA: 273985
WCAC: 05-000136

     On order of the Court, the application for leave to appeal the April 19, 2007 of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

     CORRIGAN, J., would grant leave to appeal.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 20, 2007

t1213

_____
Clerk